808

No. 1127.   AMAYA ET AL. *v.* STANOLIND OIL & GAS CO. ET AL.   April 14, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Lewis B. Perkins* for petitioners.   *Charles D. Turner, Frank M. Kemp* and *B. D. Tarlton* for respondents. ■

No. 1181.   PAULING *v.* PAULING.   April 14, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.   *L. A. Stebbins* and *Frederick H. Stinchfield* for petitioner.   *William L. Prosser* for respondent.

Nos. 1200, 1201, 1202, 1203, 1204 and 1205.   WORCESTER ET AL. *v.* CHICAGO TRANSIT AUTHORITY ET AL.   April 14, 1947.   Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Clyde E. Shorey* for petitioners.   *Werner W. Schroeder* for the Chicago Transit Authority, and *Tappan Gregory, Henry F. Tenney* and *J. Arthur Miller* for the Bondholders Committees, respondents.

No. 999.   DURRETT *v.* UNITED STATES.   April 14, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.

No. 1013.   HASSON *v.* UNITED STATES.   April 14, 1947. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.   *Ira Chase Koehne* for petitioner.   *Acting Solicitor General*